**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 17 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

MATTHEW WASHINGTON
#390995
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

STATE BOARD OF PARDONS AND PAROLES

1:14-CV-4010

(Enter above the full name of the defendant(s).)

**I.   Previous Lawsuits**

A.   Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (X)    No ( )

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s):  MATTHEW WASHINGTON

Defendant(s):  ALAIMO ET AL

2.   Court (name the district):  SOUTHERN DIST. OF GA

3.   Docket Number:  UNKNOWN

Rev. 12/5/07

I.  **Previous Lawsuits (Cont'd)**

   4. Name of judge to whom case was assigned: __JUdgE MOORE__

   5. Did the previous case involve the same facts?

      Yes ( )   No (X)

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      __dismissed__

   7. Approximate date of filing lawsuit: __1996__

   8. Approximate date of disposition: __1996__

II. **Exhaustion of Administrative Remedies**
   Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

   A. Place of Present Confinement: __PHILLIPS STATE PRISON__

   B. Is there a prisoner grievance procedure in this institution?

      Yes (X)   No ( )

   C. Did you present the facts relating to your complaint under the institution's grievance procedure?

      Yes ( )   No (X)

   D. If your answer is YES:
      1. What steps did you take and what were the results?

      2. If your answer is NO, explain why not: __NOT gRIEVAbLE__

Rev. 12/5/07

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.  Name of Plaintiff:  MATTHEW WASHINGTON

Address(es): #390995
PHILLIPS STATE PRISON
2989 N. ROCK QUARRY Rd.
BUFORD, GA 30519

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.  Defendant(s): STATE BOARD OF PARDONS AND PAROLES

Employed as PARDONS AND PAROLES

at 2 MARTIN LUTHER KING JR. DRIVE, S.E., BALCONY LEVEL, EAST TOWER, ATLANTA, GA 30334-4909

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I HAVE BEEN BEHIND PRISON BARS OVER 38 YEARS.

AND I THINK THAT I HAVE PAID THE DEBT FOR MY CRIME.

I BELIEVE I HAVE PAID MY DEBT TO SOCIETY.

Rev. 12/5/07

## IV. Statement of Claim (Cont'd)



## V. Relief
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I WANT THIS COURT TO ORDER THE STATE BOARD OF PARDONS AND PAROLES TO CONSIDER GIVING ME TIME SERVED AND OR A PARDON.



## V.   Relief (Cont'd)



Signed this  15  day of  DECEMBER , 20 14 .

_____
Signature of Plaintiff

STATE OF  GEORGIA
COUNTY (CITY) OF  BUFORD

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON  12/15/2014
(Date)

_____
Signature of Plaintiff

Rev. 12/5/07