# CIVIL COVER SHEET FOR A PRISONER CASE

1:14-CV-4010

JUDGE __Moye__   DIVISION __ATLANTA__
MAG. JUDGE _____   IFP __N__   FEE __N__
DATE FILED __December 17, 2014__   PREVIOUS CASES __Y__

NAME __Matthew Washington__   I.D. # __390995__
PRO SE __✓__   ATTORNEY _____
PLACE OF INCARCERATION __Phillips State Prison__
CITY __Buford__   STATE __GA__   COUNTY __Gwinnett__

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___ 28:2254 | Habeas action by a <u>State</u> prisoner challenging state convictions or sentence. |
| 3 | 535 | ___ 28:2254d | Habeas action by a <u>State</u> prisoner under a DEATH sentence. ___ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___ 28:2241st | Habeas action by a <u>State</u> prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | ___ 28:2241fd | Habeas action by a <u>Federal</u> prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 3 | 550 | ___ 42:1983pr | <u>State</u> or <u>Federal</u> prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | ___ 28:1331pr | Prisoner civil rights action suing federal officials <u>not</u> Involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | ___ 42:1983pr | <u>State</u> prisoner civil rights action <u>involving</u> prison conditions. |
| 2 | 555 | ___ 28:1331pr | Prisoner civil rights action suing Federal officials <u>involving</u> prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | ___ 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___ 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___ 28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ | OTHER: _____ |

____ DOCKER CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

____ STAFF LAW CLERK:
  ____ Pauper's affidavit insufficient or no affidavit
  ____ Complaint or petition not signed or is incomplete
  ____ No copies
  ____ Other: _____



Matthew A. Washington #3909[...]
Phillips State Prison
2989 W. Rock Quarry Rd.
Buford, GA 30519

1:14-CV-4010

Clerk, U.S. District
Northern District of GA
2211 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361