1:14-cv-4010 AT

DEC 17 2014
PHILLIPS STATE PRISON
BUSINESS OFFICE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

MATTHEW WASHINGTON
#390995
**Plaintiff/Petitioner,**

v.

STATE BOARD OF PARDONS
AND PAROLES
**Defendant/Respondent.**

: AFFIDAVIT IN SUPPORT OF
: REQUEST TO PROCEED
: IN FORMA PAUPERIS; AUTHORIZED
: WITHDRAWAL FORM; CERTIFIED
: AFFIDAVIT OF INMATE ACCOUNT
: STATUS

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 31 2014

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

### AFFIDAVIT AND AUTHORIZATION
### FOR WITHDRAWAL FROM INMATE ACCOUNT

I, MATTHEW WASHINGTON, being first duly sworn or under penalty of perjury, affirm and say that I am the plaintiff/petitioner in the above-styled action; that in support of my motion to proceed without prepayment of fees or costs or giving security therefor pursuant to Title 28 U.S.C. § 1915(a)(1), I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor.

I further swear or affirm that the responses which I have made to the questions below are true.

1. Are you presently employed?  Yes ( )  No (X)
   a. If employed, state the amount of your salary or wages per month and give the address of your employer:
   
   _____
   _____
   _____

   b. If you are not currently employed, state the date of your last employment and the amount of salary or wages received:
   **U.S. MARINES  1974  $400 PER MONTH**

2. Have you received within the past 12 months any money from any of the following sources?
   a. Business, profession, or self-employment?      Yes ( ) No (X)
   b. Rent payments, interest, or dividends?         Yes ( ) No (X)
   c. Pensions, annuities, or life insurance?        Yes ( ) No (X)
   d. Gifts or inheritances?                         Yes ( ) No (X)
   e. Any other source?                              Yes (X) No ( )

Rev. 12/5/07

If you answered yes to any of the above, describe each source and state the amount received from each.

_____
_____
_____
_____

3. Do you own any cash, or do you have money in a checking or savings account? (Include funds in prison account.)
Yes ( ) No (X) If the answer is yes, state the total value of items owned.

_____
_____
_____
_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furniture and clothing?
Yes ( ) No (X) If the answer is yes, describe the property and state its approximate value.

_____
_____
_____
_____

5. List the persons who are dependent upon you for support, state your relationship to each person, and indicate how much you contribute toward their support.

_____
_____
_____
_____

## AUTHORIZATION FOR ACCOUNT WITHDRAWAL

I hereby authorize my custodian and his/her designee to withdraw funds from my inmate account and to transmit the same to the Clerk, United States District Court to be applied to the filing fee which I am required to pay in connection with this case. This authorization shall apply to any institution in which I am or may be confined.

Executed this __30__ day of __DECEMBER__, 20 __14__.

_____
Signature of Plaintiff/Petitioner

Rev. 12/5/07

**PLAINTIFF/PETITIONER IS REQUIRED TO SUBMIT WITH THIS AFFIDAVIT AND AUTHORIZATION A CERTIFIED COPY OF HIS/HER INMATE ACCOUNT STATEMENT FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THIS COMPLAINT.**

### CERTIFICATE

I hereby certify that the plaintiff/petitioner herein has a current balance of $ __0__ in his/her inmate account at the __Phillips State Prison__ Institution. Plaintiff has an average monthly balance for the preceding six months of $ __0__, and the average monthly deposits to said account for the preceding six months are $ __61.50__. I further certify that the plaintiff has the following assets to his/her credit according to the records of this institution: __NONE__

I further certify that the attached account statement accurately reflects Plaintiff's account balance and account activity for the past six months.

__12-24-14__  
Date

__J Craft__  
Authorized Officer of Institution

Rev. 12/5/07



MATTHEW WASHINGTON
#390995 PHILLIPS STATE PRISON
2989 W. ROCK QUARRY Rd.
BUFORD, GA 30519

To:
CLERK, U.S. DISTRICT COURT
2211 U.S. COURTHOUSE
75 SPRING STREET S.W.
ATLANTA, GA 30303-3361

CLEARED DEC 2014 US MARSHALS Atlanta, GA


